UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Melody Bateman v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No. 3:10-cv-10042-DRH-PMF

*Jill Schichner v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No. 3:10-cv-10013-DRH-PMF

*Debbie Silvers v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No. 3:10-cv-12187-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 7, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
Deputy Clerk

Dated:  August 7, 2013

Digitally signed by David R. Herndon
Date: 2013.08.07 16:10:38 -05'00'

APPROVED:
  CHIEF JUDGE
  U. S. DISTRICT COURT